UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN LIPINSKI,

           Plaintiff,         Case No.  06-12251

v.         District Judge Patrick J. Duggan

         Magistrate Judge R. Steven Whalen

ADVANTAGE LOGISTICS, et al.,

           Defendant.
_____/

## **ORDER DISMISSING MOTION**

Upon receiving correspondence from Defendant's counsel advising the Court that this matter has been resolved and requesting that the motion be withdrawn and the same having been filed with the Court on January 29, 2007, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's Motion for Sanctions [filed 1/9/07] [document #16] is hereby dismissed without prejudice.

                        s/R. Steven Whalen
                        R. STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 29, 2007.

s/Gina Wilson
Judicial Assistant

2:06-cv-12251-PJD-RSW   Doc # 19   Filed 01/29/07   Pg 2 of 2   Pg ID 116